# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

HASSAN RAFIEE (1),

               Defendant.

Case No. 14CR0240-JLS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment:

50 U.S.C. §§ 1702 & 1705, 31 C.F.R. Part 560 – Conspiracy to export to embargoed country; 18 U.S.C. §981(a)(1)(c), and 28 U.S.C. §2461(c) – Criminal forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/13/2016

Hon. Janis L. Sammartino
United States District Judge